```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAJAT K. KUPTA, et al.,

                Plaintiff,                13 **CIVIL** 1891 (GBD)

     -against-                           **JUDGMENT**

PARAG SAXENA,

                Defendant.
------------------------------------------------------------X

       Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on December 3, 2013, having rendered its Order that for the reasons articulated at the December 3, 2013 oral argument on the motion; granting Defendant's Motion to Dismiss and Dismissing this action as moot, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 3, 2013, Defendant's Motion to Dismiss is granted and the action is Dismissed as moot; Accordingly, the case is closed.

Dated: New York, New York
        December 4, 2013

                                              **RUBY J. KRAJICK**
                                              Clerk of Court
                             BY:
                                              Deputy Clerk

                                      **THIS DOCUMENT WAS ENTERED**
                                      **ON THE DOCKET ON** _____